# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **Great Lakes Dredge & Dock Company, LLC** | § § § § § | |
| Plaintiff, | § § | |
| vs. | § § | C.A. No. 2:22-cv-00067 |
| **F/V VALLY (U.S. Official Number 543320), her engines, boilers, tackles, and other appurtenances, etc.,** *in rem* | § § § § § | IN ADMIRALTY, FRCP 9(h) |
| And | § § | |
| **Shrimp Trawler Vally Incorporated,** | § § § | |
| *in personam* | § § | |
| Defendants | § § | |

## PLAINTIFF GREAT LAKES DREDGE & DOCK COMPANY, LLC'S
## CERTIFICATE OF INTERESTED PARTIES

Plaintiff Great Lakes Dredge & Dock Company, LLC, through its attorneys Royston, Rayzor, Vickery & Williams, LLP, and pursuant to the Court's Order for Conference and Disclosure of Interested Parties (Doc. 2) and Rule 7.1 of the Federal Rules of Civil Procedure, file this its Certificate of Interested Parties listing the following persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation:

1. Great Lakes Dredge & Dock Company, LLC – Plaintiff.

3. Shrimp Trawler Vally Incorporated – Defendant.

2. F/V VALLY – Defendant *in rem*.

Respectfully submitted,

By: */s/ Dimitri P. Georgantas*
Dimitri P. Georgantas
Texas State Bar No.: 07805100
Fed. I.D. No.: 2805
Eugene W. Barr
Texas State Bar No.: 24059425
Fed. I.D. No.: 1144784
1600 Smith Street, Suite 5000
Houston, Texas 77002
Telephone: 713.224.8380
Facsimile: 713.225.9545
dimitri.georgantas@roystonlaw.com
eugene.barr@roystonlaw.com

**ATTORNEYS FOR PLAINTIFF**
**GREAT LAKES DREDGE & DOCK SHIPPING COMPANY, LLC**

OF COUNSEL:

MILLS BLACK, LLP
H. Allen Black*
Peter F. Black^
1215 19th Street, NW
Washington, DC 20036
Telephone: (202) 467-4180
hablack@millsblack.com
pblack@millsblack.com
(*Application for Pro Hac Vice admission forthcoming*)
(^Admitted Pro Hac Vice)

## CERTIFICATE OF SERVICE

I certify that on this 4th day of May 2022, a true and correct copy of the foregoing document was served on the parties listed below by either ECF, facsimile transmission, certified mail, regular mail and/or electronic transmission.

*/s/ Dimitri P. Georgantas*
Of Royston, Rayzor, Vickery & Williams, L.L.P.